FILED

OCT 1 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                             Criminal No. 2:24-cr-39

DAVID WALTER MCCAULEY,

        Defendants.

## ORDER TO SEAL

On the 1st day of October, 2024, came the United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia, by Kimberley D. Crockett, Assistant United States Attorney for said District, and moved the Court to seal the case in this matter for the reason that the case makes reference to an ongoing investigation and to provide the United States with a copy of the sealed Indictment and Arrest Warrant by electronic means upon filing. It appearing that the interests of justice will be served, it is accordingly

    ORDERED that the Clerk of Court shall hereby SEAL the case.

    IT IS FURTHER ORDERED that the Clerk of Court shall automatically unseal and place among the public records of this Court the case in the above-styled criminal action upon the arrest of any defendant.

    IT IS FURTHER ORDERED that the Clerk of Court shall automatically send a copy of the sealed Indictment and Arrest Warrant to the United States by electronic means upon filing.

    Notwithstanding this Order to Seal, the United States Marshals Service is hereby permitted to input the necessary information regarding the defendant into NCIC.

DATED: 10-1-24

UNITED STATES MAGISTRATE JUDGE