UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 2 2024
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID WALTER MCCAULEY,
        Defendant.

Criminal Action No. 2:24-CR-39

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States of America, it is

ORDERED that a detention hearing be set at the earliest possible time after the defendant has had an opportunity to confer with counsel.

Pending this hearing, the defendant shall be held in the custody of the United States Marshal and produced at the hearing.

DATED: 10-2-24

_____
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE